**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SELECTQUOTE, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-06903-AKH |

**NOTICE OF BROOKSIDE EQUITY PARTNERS LLC'S**
**MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of Defendant Brookside Equity Partners LLC's ("Brookside") Motion to Dismiss the Consolidated Amended Complaint, the January 27, 2023 Declaration of H. Gregory Baker and the exhibits attached thereto, and all prior pleadings and proceedings in this action, Brookside, by its undersigned counsel, will move this Court, before the Honorable Alvin K. Hellerstein, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date and at a time to be determined by the Court, for an order dismissing with prejudice all claims asserted against Brookside in the Consolidated Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, and for such other relief as the Court may deem just and proper.

| | | |
|---|---|---|
| Dated: | New York, New York<br>January 27, 2023 | Respectfully submitted, |

                                                PATTERSON BELKNAP WEBB & TYLER LLP

                                                */s/ H. Gregory Baker*
                                                H. Gregory Baker
                                                Daisy Y. Joo (*pro hac vice* pending)
                                                1133 Avenue of the Americas
                                                New York, New York 10036-6710
                                                Telephone:  (212) 336-2000
                                                hbaker@pbwt.com
                                                djoo@pbwt.com

                                                *Attorneys for Defendant Brookside Equity Partners LLC*