**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE SELECTQUOTE, INC. SECURITIES LITIGATION | 21 **CIVIL** 6903 (AKH)  **JUDGMENT** |

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated April 3, 2025, that Defendants' motions to dismiss are granted. Accordingly, the case is closed.

**Dated:** New York, New York

April 4, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

**BY:**

_____
**Deputy Clerk**